Luigi Geremia vs. Luigi Carnesciale et ux. } No. 81194.

### March 26, 1932.

POULIOT, J. This is an action brought by the plaintiff to recover a certain sum alleged to be due from the defendants for merchandise sold and delivered, and is now before this Court on plaintiff's motion for a new trial after a jury returned a verdict for the defendants.

It appears that the defendant Luigi Carnesciale had purchased furniture from the plaintiff on a lease and made some payments on account of the purchase price; that subsequently the business conducted by this particular defendant got into such a poor condition that this defendant went into bankruptcy. The plaintiff claims that thereupon, when he went to repossess himself of the furniture, the defendant Julia Carnesciale made an agreement that she would pay the balance due if the merchandise were not taken away.

The defendant Luigi Carnesciale does not deny that he bought the furniture nor that he owed a balance of the purchase price. He claims, however, that at the time of the bankruptcy he and the plaintiff had claims against each other and that the plaintiff agreed to "call it square" if the defendant did not include plaintiff's claim in the bankruptcy schedule as he, the plaintiff, would have to pay in full to the trustee in bankruptcy and would only receive a small return by way of a dividend from the bankrupt estate.

This claim is somewhat corroborated by the fact that plaintiff's name was not mentioned in the bankruptcy schedule, either as a debtor or as a creditor. It further appears that the name of Julia does not appear anywhere in plaintiff's records.

This Court is satisfied that the plaintiff has not proven his case by a fair preponderance of the evidence, not only

from the testimony but also by his mannerisms on the stand, which failed to convince one that he told a straight story.

Motion denied.

For plaintiff: Charles Z. Alexander, Benjamin Winnicour.

For defendant: Robinson & Robinson.